**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BURGAN v. ESTATE OF KOCHERT No. 08-0185-JAH(LSP)

HON. LEO S. PAPAS CT. DEPUTY J. JARABEK Rptr.

Attorneys

| Plaintiffs | Defendants |
| --- | --- |
| | |
| | |
| | |

Case transferred to Magistrate Judge Louisa S. Porter.

DATED: February 1, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge