UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN, Plaintiff, v. ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25, Defendants. | Civil No. 08cv0185-JAH (POR) **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On April 17, 2008, the Court held an Early Neutral Evaluation. Appearing before the Court were Randall Winet, Esq., counsel for Plaintiff; Plaintiff Nichole Burgan; Randy Papetti, Esq. and Elizabeth Mitchell, Esq., counsel for Defendant; George Fischer, a representative of Defendant Estate of Leroy F. Kochert and Sharon H. Kochert; and Tom Malone, Esq. and Tom Connelly, Esq., counsel for non-party Mr. Meekcoms. The case did not settle. Based on discussions with the parties, the Court hereby schedules a Settlement Conference on **April 18, 2008** at **11:30 a.m.** The conference shall be telephonic, with attorneys only. Counsel for Defendant shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: April 17, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties