UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN,<br>Plaintiff,<br>v.<br>ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25,<br>Defendant. | Civil No. 08cv0185-JAH (POR)<br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On May 19, 2008, the Court held a Settlement Conference. Appearing before the Court were: Randy Winet, Esq., counsel for Plaintiff; Randy Papetti, Esq., and Elizabeth Mitchell, Esq., counsel for Defendant; and Tom Connelly, Esq., and Tom Malone, Esq., counsel for non-party Mr. Meekcoms. The case did not settle. Based on discussions with counsel, the Court hereby schedules a Settlement Conference on **June 3, 2008** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: May 20, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties