UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

NICHOLE BURGAN,

Plaintiff,

v.

ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25,

Defendants.

Civil No. 08cv0185-JAH (POR)

**ORDER FOLLOWING SETTLEMENT CONFERENCE, SCHEDULING SETTLEMENT DISPOSITION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE**

On June 3, 2008, the Court held Settlement Conference. Appearing before the Court were: Randy Winet, Esq., counsel for Plaintiff; Randy Papetti, Esq., and Elizabeth Mitchell, Esq., counsel for Defendant; and Tom Marlow, Esq., counsel for non-party Mr. Meekcoms. The parties represent they have reached a settlement in principle. However, there are no assurances that the settlement will result in a final disposition of this case. Additional negotiations may result in final disposition of the case. Therefore, the Court finds good cause to set Rule 26 dates out from the usual time frame. Accordingly, IT IS HEREBY ORDERED:

1. A Joint Motion for Dismissal shall be submitted to the Honorable John A. Houston on or before **July 2, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S Porter by fax to (619) 702-9925 or email to efile_porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before July 2, 2008, then a Settlement Disposition Conference shall be held on **July 3, 2008,** at **1:30 p.m.** before

Judge Porter. The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the conference call.

3. If a Joint Motion for Dismissal is received on or before July 2, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

4. If the entire case is NOT settled, the Rule 26(f) conference shall be completed on or before **July 28, 2008**.

5. A Discovery Plan shall be lodged with the chambers of the Honorable Louisa S Porter via email to efile_porter@casd.uscourts.gov on or before **August 8, 2008**.

6. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **August 15, 2008**.

7. Pursuant to Federal Rule of Civil Procedure 16(b), a Case Management Conference shall be held on **August 19, 2008** at **1:30 p.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

8. Plaintiff's counsel shall serve a copy of this order on any parties that enter this case hereafter.

9. Failure of any counsel or party to comply with this order may result in sanctions.

DATED: June 10, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties