UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN, Plaintiff, v. ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25, Defendantss. | Civil No. 08cv0185-JAH (POR) **ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On July 3, 2008, the Court held a Settlement Disposition Conference. Appearing before the Court were: Randy Winet, Esq., counsel for Plaintiff; Randy Papetti, Esq., counsel for Defendant; and Tom Marlow, Esq., counsel for non-party Mr. Meekcoms. Based on discussions with counsel, the Court hereby schedules a Settlement Conference on **July 16, 2008** at **4:00 p.m.** The conference shall be telephonic, with attorneys only. Plaintiff's counsel shall initiate and coordinate the call.

**IT IS SO ORDERED.**

DATED: July 4, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable John A. Houston
all parties