UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN,<br>Plaintiff,<br>v.<br>ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25,<br>Defendants. | Civil No. 08cv0185-JAH (POR)<br>**ORDER SETTING BRIEFING SCHEDULE FOR PROPOSED PROCEDURE FOR DISPOSITION** |

On July 16, 2008, the Court held a Settlement Disposition Conference. Appearing before the Court were: Randy Winet, Esq., counsel for Plaintiff; Randy Papetti, Esq., counsel for Defendant; and Tom Marlow, Esq., counsel for non-party Alexandria Meekcoms. Based on discussion with counsel about their proposed procedure for ultimate disposition of this matter, the Court finds it necessary for counsel to brief their proposal. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff shall file Points & Authorities supporting the proposed procedure for disposition of this matter, on or before **July 31, 2008**.
2. Defendants shall file an opposition, if any, on or before **August 8, 2008**.
3. The Court confirms the Case Management Conference scheduled in this matter for **August 19, 2008** at **1:30 p.m.**

DATED: July 22, 2008

LOUISA S PORTER
United States Magistrate Judge