*Nichole Burgan v. Estate of Leroy F. Kochert and Sharon H. Kochert* (BC20555)
United States District Court, Southern District, Case No. 08cv00185-JAH-POR

RANDALL L. WINET, STATE BAR NO. 116384
WINET, PATRICK & WEAVER
440 S. MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081
TELEPHONE: (760) 758-4261

## CERTIFICATE OF SERVICE

I, Carolyn Rivera, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 South Melrose Drive, Suite 200, Vista, California 92081.

On July 30, 2008, I served the foregoing documents:

**PLAINTIFF NICHOLE BURGAN'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF SETTLEMENT WITH ESTATE OF KOCHERT**

on all interested persons in this action addressed as shown below and on the attached service list which is incorporated herein as follows:

( ) BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at Vista, California.

**(X)** **BY ELECTRONIC SERVICE:** On the dated stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 30, 2008, at Vista, California.

Carolyn Rivera (signature)
Carolyn Rivera

*Nichole Burgan v. Estate of Leroy F. Kochert and Sharon H. Kochert* (BC20555)
United States District Court, Southern District, Case No. 08cv00185-JAH-POR

**SERVICE LIST**

**By CM/ECF:**

| | |
|---|---|
| Elizabeth A. Mitchell<br>Solomon Ward Seiderwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego CA 92101<br>e-mail: emitchell@swsslaw.com | *Attorneys for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |
| Randy Papetti<br>Lewis and Roca LLP<br>40 North Central Avenue<br>Phoenix, Arizona 85004-4429<br>Telephone: (602) 262-5757<br>Facsimile: (602) 734-3947<br>e-mail: rpapetti@lrlaw.com | *Co-Counsel for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |
| Emily S. Cates<br>Lewis and Roca LLP<br>40 North Central Avenue<br>Phoenix, Arizona 85004-4429<br>Telephone: (602) 262-5757<br>Facsimile: (602) 734-3947<br>e-mail: ecates@lrlaw.com | *Co-Counsel for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |