RANDALL L. WINET, STATE BAR NO. 116384
WINET, PATRICK & WEAVER
440 SOUTH MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081-6666
TELEPHONE: (760) 758-4261

Attorneys for Plaintiff Nichole Burgan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF LEROY F. KOCHERT and SHARON H. KOCHERT and DOES 1 to 25,<br><br>Defendants. | CASE NO. '08 CV 0185 JAH (POR)<br>ACTION DATE: 01/30/08<br><br>Magistrate Judge: Louisa S. Porter<br><br>**JOINT MOTION FOR DISMISSAL** |

The parties to this case, through their designated counsel, jointly move the court to hereby dismiss without prejudice this case pursuant to FRCP 41(a)(1).

Dated: August 11, 2008

Randall L. Winet, Attorney for Plaintiff Nichole Burgan

Dated: August 11, 2008

Elizabeth Mitchell, Attorney for Defendant Estates of Leroy and Sharon Kochert

*Nichole Burgan v. Estate of Leroy F. Kochert and Sharon H. Kochert* (BC20555)
United States District Court, Southern District, Case No. 08cv00185-JAH-POR

RANDALL L. WINET, STATE BAR NO. 116384
WINET, PATRICK & WEAVER
440 S. MELROSE DRIVE, SUITE 200
VISTA, CALIFORNIA 92081
TELEPHONE: (760) 758-4261

# CERTIFICATE OF SERVICE

I, Carolyn Rivera, declare:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 South Melrose Drive, Suite 200, Vista, California 92081.

On August 11, 2008, I served the foregoing documents:

**JOINT MOTION FOR DISMISSAL**

on all interested persons in this action addressed as shown below and on the attached service list which is incorporated herein as follows:

( ) BY MAIL: By placing an envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business in a sealed envelope with first-class postage prepaid at Vista, California.

**(X)** **BY ELECTRONIC SERVICE:** On the dated stated above, I served the documents via CM/ECF described above on designated recipients through electronic transmission of said documents; a certified receipt is issued to filing party acknowledging receipt by CM/ECF's system. Once CM/ECF has served all designated recipients, proof of electronic service is returned to the filing party.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 11, 2008, at Vista, California.

Carolyn Rivera
Carolyn Rivera

*Nichole Burgan v. Estate of Leroy F. Kochert and Sharon H. Kochert* (BC20555)
United States District Court, Southern District, Case No. 08cv00185-JAH-POR

**SERVICE LIST**

**By CM/ECF:**

| | |
|---|---|
| Elizabeth A. Mitchell<br>Solomon Ward Seiderwurm & Smith, LLP<br>401 B Street, Suite 1200<br>San Diego CA 92101<br>e-mail: emitchell@swsslaw.com | *Attorneys for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |
| Randy Papetti<br>Lewis and Roca LLP<br>40 North Central Avenue<br>Phoenix, Arizona 85004-4429<br>Telephone: (602) 262-5757<br>Facsimile: (602) 734-3947<br>e-mail: rpapetti@lrlaw.com | *Co-Counsel for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |
| Emily S. Cates<br>Lewis and Roca LLP<br>40 North Central Avenue<br>Phoenix, Arizona 85004-4429<br>Telephone: (602) 262-5757<br>Facsimile: (602) 734-3947<br>e-mail: ecates@lrlaw.com | *Co-Counsel for Defendants,*<br>*ESTATE OF LEROY AND SHARON KOCHERT* |