UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN,<br>Plaintiff,<br>v.<br>ESTATE OF LEROY F. KOCHERT AND SHARON H. KOCHERT and DOES 1 to 25,<br>Defendantss. | Civil No. 08cv0185-JAH (POR)<br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

By prior order dated July 22, 2008, the Court confirmed the scheduling of a Case Management Conference in this matter for August 19, 2008. On August 11, 2008, the parties submitted a Joint Motion to Dismiss this action without prejudice to the Honorable John A. Houston. Therefore the Case Management Conference scheduled for August 19, 2008 is hereby VACATED.

**IT IS SO ORDERED**.

DATED: August 12, 2008

LOUISA S PORTER
United States Magistrate Judge