UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLE BURGAN,<br><br>Plaintiff,<br><br>vs.<br><br>ESTATE OF LEROY F. KOCHERT and SHARON H. KOCHERT and DOES 1 to 25,<br><br>Defendants. | CASE NO. '08 CV 0185 JAH (POR)<br>ACTION DATE: 01/30/08<br><br>**ORDER OF DISMISSAL** |

Pursuant to the Joint Motion for Dismissal filed by the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED, adjudged and decreed that this case is hereby dismissed without prejudice pursuant to FRCP 41(a)(1).

DATED: August 15, 2008

JOHN A. HOUSTON
United States District Judge